IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
|     v. | ) | 2:15mc3716-MHT |
| | ) | (WO) |
| 475* MARTIN LANE, BEVERLY HILLS, CA, | ) ) | |
| | ) | |
|     Defendant. | ) | |

JUDGMENT

Upon consideration of the notice of withdrawal (doc. no. 11), which the court construes as a motion to withdraw the application for writ of assistance, it is ORDERED that the motion is granted and the application for writ of assistance (doc. no. 2) is withdrawn without prejudice, with costs taxed as paid.

The court assumes that defendant DAS North America, Inc. has no objection to the allowance of the

---

   \*     The court previously used the number "425" in the case style, following the case caption on the movant's application for writ of assistance. Having learned that "425" was incorrect, the court here uses the number "475", which is the correct number.

dismissal; however, if it does, it must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of November, 2015.

                                        /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE